**Mr. John Malcolm DICKSON, Jr., Plaintiff–Appellant**

v.

**UNITED STATES of America; United States Department of Justice, Attorney General of the United States of America; United States Attorney General, for the Eastern District of Virginia, Defendants–Appellees.**

No. 14–1792.

United States Court of Appeals, Fourth Circuit.

Feb. 6, 2015.

John M. Dickson, Jr., Hampton, VA, pro se.

George Maralan Kelley, III, Assistant U.S. Attorney, Office of the United States Attorney, Norfolk, VA, for Defendants–Appellees.

ORDER

The court sua sponte grants panel rehearing and vacates the opinion and judgment filed December 22, 2014.

Entered at the direction of Judge Wynn with the concurrence of Judge Shedd and Judge Thacker.